DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAITLAND STEWART,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1932

[October 4, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502013CF012572A.

Maitland Stewart, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***